## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BRIDGET WRIGHT, LAQUITA SMITH, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ROBERT L. AVERY, SR., (DECEASED),<br><br>   PLAINTIFFS,<br><br>  *v.*<br><br>EMORY HEATHCARE, INC., EMORY CLINIC, INC., EMORY UNIVERSITY, INC., JOHN VEGA, M.D., JASON MUESSE, M.D., BARRY ANDERSON, P.A., KENNETH ODIMGBE, RRT, CHOREEN POWELL, RN, MANJU CHBI, RN, JOHN DOE PHYSICIANS 1-3, JANE DOE NURSES 1-3, JANET DOE HEALTHCARE PROVIDERS 1-3; XYZ CORPORATIONS 1-3,<br><br>   DEFENDANTS. | Civil Action No. _____ |

## <u>NOTICE OF REMOVAL</u>

To: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division

  Defendants Barry Anderson, Kenneth Odimgbe, Choreen Powell, and Manju Cibi, by and through the undersigned counsel counsel, hereby give notice, pursuant

to 28 U.S.C. § 2679(d)(2), that they are removing the action styled *Bridget Wright, et al., v. Emory Healthcare, Inc., et al.,* Case No. 18A68769, currently pending in the State Court of DeKalb County, Georgia, to the United Stated District Court for the Northern District of Georgia, Atlanta Division.

In support, Defendants shows as follows:

1. On April 4, 2018, Plaintiffs filed a civil action in the State Court of DeKalb County, Georgia, styled *Bridget Wright, et al., v. Emory Healthcare, Inc., et al.*, Case No. 18A68769 (the "State Court Action").

2. In the State Court Action, Plaintiffs purport to bring an action alleging a tort claim and seeking monetary damages.

3. At all times relevant to Plaintiffs' Complaint, Defendants Barry Anderson, Kenneth Odimgbe, Choreen Powell, and Manju Cibi were deemed federal employees acting within the scope of their employment. *See* Certification, attached hereto as Exhibit A.

4. The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671, et seq., as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (the "Westfall Act"), Pub. L. No. 100-694 §§ 5, 6, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the

actions of federal employees taken within the scope of their office or employment. *See* 28 U.S.C. § 2679(b)(1).

5.     The FTCA provides that federal district courts shall have exclusive jurisdiction of civil actions on claims against the United States.  *See* 28 U.S.C. § 1346(b).

6.     The above-captioned action is one that may be removed to this Court pursuant to 28 U.S.C. § 2679(d)(2),

7.     In accordance with 28 U.S.C. § 1446(a) and applicable Local Rules, copies of all process, pleadings, and orders served upon the United States in this action are attached hereto as Exhibit B.[1]

WHEREFORE, Defendant prays that the above-captioned action now pending in the State Court of DeKalb County, State of Georgia, be removed therefrom to this Court, and to effect and prepare in this Court the true record of all proceedings that may have been had in State Court of DeKalb County, Georgia.

This 7th day of May, 2018.

Respectfully submitted,

BYUNG J. PAK
United States Attorney

---

[1] In removing this action to district court, Defendants reserves the right to challenge the sufficiency and propriety of service and service of process on Defendants.

-3-

*/s/ GABRIEL A. MENDEL*
GABRIEL A. MENDEL
Assistant U.S. Attorney
Georgia Bar No. 169098
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
Voice:      (404) 581-6000
Facsimile: (404) 581-4667

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BRIDGET WRIGHT, LAQUITA SMITH, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ROBERT L. AVERY, SR., (DECEASED),<br><br>   PLAINTIFFS,<br><br>   *v.*<br><br>EMORY HEATHCARE, INC., EMORY CLINIC, INC., EMORY UNIVERSITY, INC., JOHN VEGA, M.D., JASON MUESSE, M.D., BARRY ANDERSON, P.A., KENNETH ODIMGBE, RRT, CHOREEN POWELL, RN, MANJU CHBI, RN, JOHN DOE PHYSICIANS 1-3, JANE DOE NURSES 1-3, JANET DOE HEALTHCARE PROVIDERS 1-3; XYZ CORPORATIONS 1-3,<br><br>   DEFENDANTS. | Civil Action No. _____ |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

/s/ GABRIEL A. MENDEL
GABRIEL A. MENDEL
Assistant U.S. Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

BRIDGET WRIGHT, LAQUITA
SMITH, INDIVIDUALLY AND AS CO-
ADMINISTRATORS OF THE ESTATE
OF ROBERT L. AVERY, SR.,
(DECEASED),

       PLAINTIFFS,

    *v.*

EMORY HEATHCARE, INC., EMORY
CLINIC, INC., EMORY UNIVERSITY,
INC., JOHN VEGA, M.D., JASON
MUESSE, M.D., BARRY ANDERSON,
P.A., KENNETH ODIMGBE, RRT,
CHOREEN POWELL, RN, MANJU
CHBI, RN, JOHN DOE PHYSICIANS
1-3, JANE DOE NURSES 1-3, JANET
DOE HEALTHCARE PROVIDERS 1-
3; XYZ CORPORATIONS 1-3,

       DEFENDANTS.

Civil Action No. _____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **Notice of Removal** was, this day,

sent by first class mail, postage prepaid to the following:

Jane Mary Lamberti
Gary Andrews
The Cochran Firm Atlanta
100 Peachtree Street NW, Suite 2600
Atlanta, GA 30303

Hunter S. Allen, Jr.
Michael T. Sumner
Allen & McCain, P.C.
Two Midtown Plaza, Suite 1700
1349 W. Peachtree St., N.W.
Atlanta, Georgia 30309

This 7th day of May, 2018.

/s/ GABRIEL A. MENDEL
GABRIEL A. MENDEL
Assistant U.S. Attorney