IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRIDGET WRIGHT, LAQUITA SMITH, individually and as Co-Administrators of the ESTATE OF ROBERT L. AVERY, SR., (deceased),<br><br>    Plaintiffs,<br><br>v.<br><br>EMORY HEATHCARE, INC., EMORY CLINIC, INC., EMORY UNIVERSITY, INC., JOHN VEGA, M.D., JASON MUESSE, M.D., BARRY ANDERSON, P.A., KENNETH ODIMGBE, RRT, CHOREEN POWELL, RN, MANJU CHBI, RN, JOHN DOE PHYSICIANS 1-3, JANE DOE NURSES 1-3, JANET DOE HEALTHCARE PROVIDERS 1-3; XYZ CORPORATIONS 1-3,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO.:<br>1:18-cv-01982-TWT |

---

## PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW, Plaintiffs BRIDGET WRIGHT, LAQUITA SMITH,

individually and as Co-Administrators of the ESTATE OF ROBERT L. AVERY,

1

SR., (deceased), and file this Amended Complaint for Malpractice against Defendants and shows this Honorable Court the following:

26.

Attached as Exhibit "1" is Plaintiff's original Complaint alleging, amount other things, medical malpractice.   Accordingly, the Plaintiff incorporates by referenced Paragraphs 1 – 25 of the original Complaint as if fully set forth herein.

27.

The original Complaint was filed on April 4, 2018, within ten (10) days of a good faith belief of an expiration of the applicable medical malpractice statute of limitations.

28.

Plaintiffs' counsel and law firm were hired within ninety (90) days of the potential expiration of a statute of limitations, sworn as such in the original complaint.

29.

Pursuant to O.C.G.A. §9-11-9.1(B) Plaintiffs are entitled to a Forty-Five (45) day extension, through and including May 21, 2018, to file an affidavit of a qualified expert alleging one act of negligence against each Defendant.

30.

Attached hereto as Exhibit "A" is the affidavit of James Shaffer, MD, a duly

qualified expert asserting at least one act of negligence against each Defendant filed

before May 21, 2018. Accordingly, the requirements of O.C.G.A. § 9-11-9.1 have

been met.

This ___ day of May 2018.

Respectfully submitted,

/s/ Jane Mary Lamberti
Jane Mary Lamberti, Esq.
State Bar No. 432025
Gary Andrews, Esq.
State Bar No. 019299

*Attorneys for the Plaintiffs*

The Cochran Firm Atlanta
100 Peachtree Street NW, Suite 2600
Atlanta, GA 30303
(404) 222-9922 (tel)
(404) 222-0170 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIDGET WRIGHT, LAQUITA SMITH, individually and as Co-Administrators of the ESTATE OF ROBERT L. AVERY, SR., (deceased),<br><br>    Plaintiffs,<br><br>v.<br><br>EMORY HEATHCARE, INC., EMORY CLINIC, INC., EMORY UNIVERSITY, INC., JOHN VEGA, M.D., JASON MUESSE, M.D., BARRY ANDERSON, P.A., KENNETH ODIMGBE, RRT, CHOREEN POWELL, RN, MANJU CHBI, RN, JOHN DOE PHYSICIANS 1-3, JANE DOE NURSES 1-3, JANET DOE HEALTHCARE PROVIDERS 1-3; XYZ CORPORATIONS 1-3,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **CIVIL ACTION FILE NO.:**<br>    **1:18-cv-01982-TWT** |

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing *Amended Complaint* by

United States Mail addressed to:

4

Hunter Allen, Jr.,
Allen & McCain, P.C.
Two Midtown Plaza, Suite 1700
1349 W. Peachtree Street NW
Atlanta, GA 30309

Gabriel Mendel, Esq.
Assistant U.S. Attorney
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

This 17 day of May 2018

/s/ Jane Mary Lamberti
Jane Mary Lamberti, Esq.
Georgia Bar Number 432025

5